FILED
JUN 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ONE 2003 GMC SIERRA TRUCK, CA LICENSE NO. 7C15676, VIN 2GTEK19T331100928, ITS TOOLS AND APPURTENANCES,

Defendant.

CASE NO. 08cv 931 WQH (NLS)

**ORDER**

HAYES, Judge:

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant property during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant property, the United States Marshal shall be custodian of the defendant property on behalf of this Court until further order, and

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshal be a first charge against defendant.

DATE: 6/2/08

[signature]
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE