JAMES J. WARNER
Law Offices of James J. Warner
State Bar No. 63137
3233 Third Avenue
San Diego, CA 92103
(619)243-7333

Attorney for Claimant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2003 GMC SIERRA TRUCK,<br>VIN 2GTEK19T331100928,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendant,<br><br>PATRICK ANTHONY VANDERLINDEN,<br><br>Claimant. | CLAIM OF OWNERSHIP<br><br>CASE NO. R2-08-0090<br>ASSET ID NO. 08-DEA-493889 |

Pursuant to Rule C (6) of the Supplemental Rules 19 U.S.C. 1607-1618, 21 C.F.R. 1316.71-1316.81 and 28 C.F.R. 9.1-9.7 and Title 18 U.S.C. 983, PATRICK ANTHONY VANDERLINDEN makes demand for restitution of the above-mentioned Defendant, its Tools and Appurtenances and claims the right to defend this action. Claimant possesses a legal and equitable interest in the Defendant property and his status is that of primary and direct legal owner of the vehicle at the time of the seizure. This claim is not frivolous.

Attorney JAMES J. WARNER is duly authorized to make and prosecute this claim on behalf of PATRICK ANTHONY VANDERLINDEN.

///

///

I declare under penalty of perjury that the foregoing is true and correct.

DATED: ____________

PATRICK ANTHONY VANDERLINDEN

DATED: Feb. 29, 2008

JAMES J. WARNER
Attorney for Claimant
PATRICK ANTHONY VANDERLINDEN

JAMES J. WARNER, ESQ. CSBN 63137
LAW OFFICES OF JAMES J. WARNER
3233 Third Avenue
San Diego, CA 92103
Telephone: (619) 243-733
Email: jjwlaw@jwarnerlaw.com

Attorney for Claimant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>2003 GMC SIERRA TRUCK,<br>VIN 2GTEK19T331100928,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendant .<br><br>PATRICK ANTHONY VANDERLINDEN,<br><br>Claimant. | CASE NO. 08CV0931 J NLS<br><br>**PROOF OF SERVICE** |

______I hereby certify that on June 5, 2008 I electronically filed Claim of Ownership with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the email addressed of the individuals listed on the attached electronic service list.

Dated: June 5, 2008

Respectfully submitted,

s/James J. Warner
Attorney for Defendant