JAMES J. WARNER
Law Offices of James J. Warner
State Bar No. 63137
3233 Third Avenue
San Diego, CA 92103
(619)243-7333

Attorney for Claimant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2003 GMC SIERRA TRUCK,<br>VIN 2GTEK19T331100928,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendant,<br><br>PATRICK ANTHONY VANDERLINDEN,<br><br>Claimant. | ) | ANSWER TO COMPLAINT FOR FORFEITURE<br><br>CASE NO. R2-08-0090<br>ASSET ID NO. 08-DEA-493889 |

Claimant, PATRICK ANTHONY VANDERLINDEN, through his duly authorized attorney, hereby answers Plaintiff's Complaint for Forfeiture as follows:

**PRELIMINARY MATTERS**

1. Answering Paragraph 1 of the Complaint, Claimant, PATRICK ANTHONY VANDERLINDEN, admits each and every allegation contained therein.

2. Answering Paragraph 2 of the Complaint, Claimant, PATRICK ANTHONY VANDERLINDEN, admits each and every allegation contained therein.

3. Answering Paragraph 3 of the Complaint, Claimant,

VANDERLINDEN, based on lack of information and belief, denies each and every allegation contained therein.

4. Answering Paragraph 4 of the Complaint, Claimant, VANDERLINDEN, based on lack of information and belief, denies each and every allegation contained therein.

5. Answering Paragraph 5 of the Complaint, Claimant, VANDERLINDEN, based on lack of information and belief, denies each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, Claimant, VANDERLINDEN, based on lack of information and belief, denies each and every allegation contained therein.

7. Answering Paragraph 7 of the Complaint, Claimant, VANDERLINDEN, based on lack of information and belief, denies each and every allegation contained therein.

8. Answering Paragraph 8 of the Complaint, Claimant, VANDERLINDEN, admits each and every allegation contained therein.

9. Answering Paragraph 9 of the Complaint, Claimant, VANDERLINDEN, admits each and every allegation contained therein.

**FIRST AFFIRMATIVE DEFENSE**

The complaint fails to state a claim against the defendant property upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The statutes and regulations relating to the seizure of the defendant property are void and unenforceable as violative of the Constitution of the United States and cannot, therefore , provide the basis for forfeiture of the property in that:

A. Said statutes and regulations provide for the taking of property without due process of law without just compensation in

violation of the Fifth Amendment:

B. Said statutes and regulations provide that the claimant, and not the seizing authority, has a burden proof of herein, in violation of the Fifth Amendment:

C. Said statutes and regulations provide for the taking of property without due process of law in that they permit a seizure without prior hearing; and

D. Said statutes and regulations provide for the taking of property from parties innocent of any wrongdoing.

**THIRD AFFIRMATIVE DEFENSE**

The law enforcement officers who seized the defendant property were not authorized to do so under the statues and regulations relating to the seizure and forfeiture of property.

**FOURTH AFFIRMATIVE DEFENSE**

Claimant is bona fide and innocent owner of said property and as such the forfeiture is a violation of Claimant's Fifth and Fourteenth Amendment rights to due process of law.

**FIFTH AFFIRMATIVE DEFENSE**

The Seizure of the Claimant's property was without the requisite probable cause and therefor was in violation of the Fourth and Fifth Amendments to the Constitution of the United States.

**SIXTH AFFIRMATIVE DEFENSE**

Claimant allege that Title 28 U.S.C., Section 1345 and 1355 and Title 21 USC §881 are violations of the Fifth and Eighth Amendments to the United States Constitution and can therefore provide no basis for the forfeiture of Claimant's property on that:

A. Said sections provide for additional punishment for

acts already criminal; such punishment is in no way relate to the seriousness of the crime, and is cruel and unusual, and violation of the Eighth Amendments;

B. Said sections provide for the taking of property without due process of law, and thus, are violative of the Fifth Amendment;

C. Said sections provide that a burden of proof shall lie upon such claimant, and not the seizing authority, and thus, are violative of the Fifth Amendment:

D. Said sections provide for the taking of property without due process of law in that they provide for seizure without due process of law in that they provide for a seizure without a prior hearing;

E. Said section provide for the taking of property third parties who are completely innocent of any wrongdoing.

WHEREFORE, Claimant prays:

1. That Plaintiff take nothing by reason of its Complaint herein;

2. That the Court award Claimant his costs incurred herein, and attorney fees pursuant to statute.

3. That the Defendant property be returned to Claimant; and

4. For such other and further relief as the Court may deem just and proper.

DATED: 6.3.08

Respectfully submitted,

**LAW OFFICES OF JAMES J. WARNER**

JAMES J. WARNER
Attorney for Claimant
PATRICK ANTHONY VANDERLINDEN

JAMES J. WARNER, ESQ. CSBN 63137
LAW OFFICES OF JAMES J. WARNER
3233 Third Avenue
San Diego, CA 92103
Telephone: (619) 243-733
Email: jjwlaw@jwarnerlaw.com

Attorney for Claimant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>2003 GMC SIERRA TRUCK,<br>VIN 2GTEK19T331100928,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendant .<br><br>PATRICK ANTHONY VANDERLINDEN,<br><br>Claimant. | CASE NO. 08CV0931 J NLS<br><br>**PROOF OF SERVICE** |

______I hereby certify that on June 5, 2008 I electronically filed Answer to Complaint with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the email addressed of the individuals listed on the attached electronic service list.

Dated: June 5, 2008

Respectfully submitted,

s/James J. Warner
Attorney for Defendant