JAMES J. WARNER
Law Offices of James J. Warner
State Bar No. 63137
3233 Third Avenue
San Diego, CA 92103
(619)243-7333

Attorney for Claimant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>2003 GMC SIERRA TRUCK,<br>VIN 2GTEK19T331100928,<br>ITS TOOLS AND APPURTENANCES,<br>Defendant,<br>PATRICK ANTHONY VANDERLINDEN,<br>Claimant. | DEMAND FOR JURY TRIAL<br><br>CASE NO. R2-08-0090<br>ASSET ID NO. 08-DEA-493889 |

Claimant, PATRICK ANTHONY VANDERLINDEN, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, hereby demands his right to a jury trial in the above entitled case.

Dated: 6-4-08

JAMES J. WARNER
Attorney for Claimant
PATRICK ANTHONY VANDERLINDEN

JAMES J. WARNER, ESQ. CSBN 63137
LAW OFFICES OF JAMES J. WARNER
3233 Third Avenue
San Diego, CA 92103
Telephone: (619) 243-733
Email: jjwlaw@jwarnerlaw.com

Attorney for Claimant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>2003 GMC SIERRA TRUCK,<br>VIN 2GTEK19T331100928,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendant .<br><br>PATRICK ANTHONY VANDERLINDEN,<br><br>Claimant. | CASE NO. 08CV0931 J NLS<br><br>**PROOF OF SERVICE** |

______I hereby certify that on June 6, 2008 I electronically filed Demand for Jury Trial with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the email addressed of the individuals listed on the attached electronic service list.

Dated: June 6, 2008 Respectfully submitted,

s/James J. Warner
Attorney for Defendant