**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GMC 2003 SIERRA TRUCK, VIN NO. 2GTEK19T331100928, ITS TOOLS AND APPURTENANCES,<br>Defendant,<br>PATRICK ANTHONY VANDERLINDEN,<br>Claimant.. | Civil No.08cv931 WQH (NLS)<br>**NOTICE AND ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING *TELEPHONIC* SETTLEMENT DISPOSITION CONFERENCE** |

The parties notified the Court that they reached a settlement in this case. Therefore, the Court **VACATES** the Early Neutral Evaluation Conference set for July 15, 2008. The Court **SETS** a ***telephonic*** Settlement Disposition Conference for this matter on ***August 8, 2008, at 9:45 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal papers before that time.

**IT IS SO ORDERED.**

DATED: July 15, 2008

Nita L. Stormes

Hon. Nita L. Stormes
U.S. Magistrate Judge